(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) _Antonio Pudow_  _335275_
(Name of Plaintiff)   (Inmate Number)

_26558 Handy Rd. Millsboro, DE 19966_
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_06-667_
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) _Medical / Correctional Medical Services (CMS)_

(2) _Department of Corrections_

(3) _C/O Bowden / Howard Bowden_
(Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

**I.   PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_N/A_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I wrote numerous grievances and I even asked medical staff for help. I last asked to see the doctor.

2. What was the result? There wasnt any result. I'm still being ignored.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Medical / Correctional Medical Services (CMS)

Employed as medical staff at Department of Corrections

Mailing address with zip code: P.O. Box 500 Georgetown, DE. 19947


(2) Name of second defendant: Department of Corrections (DOC)

Employed as _____ at _____

Mailing address with zip code: P.O. Box 500 Georgetown, DE. 19947


(3) Name of third defendant: C/O Bowden, Howard Bowden

Employed as Correctional Officer at S.C.I. / Dept. of Correction

Mailing address with zip code: P.O. Box 500 Georgetown, DE. 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

### IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I arrived at S.C.I./DOC on 9/12. I am a severe diabetic. My illness has not been taken seriously. On 9/18 my insulin was changed, causing me to have extremely high blood sugars. Also causing me to have problems with my legs. Medical continues to ignore my request to see a M.D.

    *I am supposed to take insulin 4x/day. I'm only receiving it 2x a day.*

2. I've followed the DOC grievance procedure as well. Some of my grievances have went unanswered. I am being treated unjust in this facility. On 9/19, Howard Bowden, a pretrial officer, denied me a snack causing my sugar to be extremely low in the morning.

3. Bowden, the pretrial-unit 4 officer, denied me my HS snack for no reason. As a result of his unjust treatment, my blood sugar was extremely low the following morning.

### V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be compensated for the unjust treatment of the Medical staff, ~~DOC, and Correctional Officer Bowden~~. Because I was ignored so long, my high blood sugars have caused me problems with my legs and will probably cause many more problems in the future. My illness was not taken seriously.

3

2. I would like to be compensated by the Department of Corrections for unjust treatment. I was ignored by them on several grievances I turned in.

3. I would like to be compensated by C/O Bowden. He denied me my HS snack on 9/19. That was very unfair and unjust treatment. I could have died or went into a coma.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __October__, 2_006_.

__Antonio Pudcon__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

