IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANTONIO PERDORO,                :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civ. Action No. 06-667-JJF
                                :
MEDICAL/CORRECTIONAL MEDICAL    :
SERVICES (CMS), et al.,         )
                                :
        Defendants.             :

### ORDER

WHEREAS, on November 9, 2006, the Court entered an Order granting Plaintiff leave to proceed in forma pauperis and ordering Plaintiff to submit his prison trust account statement within thirty days or the case would be dismissed (D.I. 4);

WHEREAS, on November 17, 2006, the November 9, 2006 Order was returned as undeliverable, "attempted not known" (D.I. 5);

WHEREAS, on December 20, 2007, the order was resent to Plaintiff, and to date, Plaintiff has not complied with the Court's November 9, 2006 Order;

WHEREAS, it has been more than three months since Plaintiff took any action in this case;

THEREFORE, at Wilmington this 23 day of April, 2007, IT IS HEREBY ORDERED that on or before **May 17, 2007**, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge: