IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTONIO PERDORO, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 06-667-JJF |
| MEDICAL/CORRECTIONAL MEDICAL SERVICES (CMS), et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983;

WHEREAS, on April 23, 2007, the Court ordered Plaintiff to shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1;

WHEREAS, Plaintiff did not file a response to the Show Cause Order;

THEREFORE, at Wilmington this 31 day of May, 2007, IT IS HEREBY ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, pursuant to D. Del. LR 41.1.

United States District Judge